**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MARYLAND**

**D.R.D., individually and on behalf of all others similarly situated,**

**Plaintiff**

**Case No. 1:25-cv-03626**

**v.**

**Nation Medical Inc. d/b/a TRT Nation,**

**Defendant.**
______________________________/

**DEFENDANT NATION MEDICAL INC.'S**
**MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendant, Nation Medical Inc., d/b/a TRT Nation ("**TRT Nation**"), by and through its undersigned counsel, requests this Court dismiss Plaintiff D.R.D.'s ("**Plaintiff**") Class Action Complaint ("**Complaint**") (Doc. 1) pursuant to Federal Rule of Civil Procedure (12)(b)(2) due to lack of personal jurisdiction over TRT Nation.

Dated: February 20, 2026.

Respectfully submitted:

*/s/ Elizabeth A. Scully*

Elizabeth A. Scully (MD Fed. Bar No. 27402)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Tel: 202.861.1698
Fax: 202.861.1783
escully@bakerlaw.com

*Attorneys for Defendant Nation Medical Inc.*